IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, #190083, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08cv122-MHT |
| ) | (WO) |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On March 3, 2010 (Doc. # 16), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, and for good cause, it is ORDERED that the recommendation (Doc. # 16) is adopted and the petition for writ of habeas corpus (Doc. # 1) is denied as it was not filed within the one-year period of limitation mandated by 28 U.S.C. § 2244(d)(1).

DONE, this the 26th day of March, 2010.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE