IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, #190083, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv122-MHT |
| | ) | (WO) |
| STATE OF ALABAMA, *et al*., | ) | |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the petition for writ of habeas corpus (Doc. # 1) is denied and costs are taxed against the petitioner.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of March, 2010.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE